No. 10–209. LAFLER v. COOPER. C. A. 6th Cir. [Certiorari granted, *ante*, p. 1127.] Motion of respondent for appointment of counsel granted. Valerie R. Newman, Esq., of Detroit, Mich., is appointed to serve as counsel for respondent in this case.

No. 10–786. KINGDOM OF SPAIN ET AL. v. ESTATE OF CASSIRER. C. A. 9th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–5258. MCNEILL v. UNITED STATES. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1128.] Motion of petitioner for leave to file volume II of the joint appendix under seal granted.

No. 10–7904. IN RE CREVELING. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1199] denied.

No. 10–8112. GILLARD v. BOARD OF TRUSTEES OF COMMUNITY COLLEGE DISTRICT NO. 508. C. A. 7th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 1211] denied.

No. 10–8332. ETERE v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir.; and

No. 10–8745. CLIFTON v. FLORIDA PAROLE COMMISSION. C. A. 11th Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until April 11, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–9049. IN RE ROCHE;
No. 10–9192. IN RE MOORE;
No. 10–9200. IN RE BROWN; and
No. 10–9216. IN RE OWENS-BEY. Petitions for writs of habeas corpus denied.

No. 10–8476. IN RE VENOYA; and
No. 10–8587. IN RE JABBOUR. Petitions for writs of mandamus denied.

No. 10–8490. IN RE THACKER. Petition for writ of mandamus and/or prohibition denied.